LEON MOISSIEFF et al., petitioners-respondents,

*v.*

ALBERT HOFFBERG et al., defendants-appellants.

[Decided April 25th, 1940.]

304

306

308

*Mr. Bernard S. Glick* and *Messrs. Pitney, Hardin & Skinner* (*Mr. James D. Carpenter, Jr.*, of counsel), for the appellants.

*Messrs. Burke, Sheridan & Hourigan, Messrs. Furst & Furst, Mr. Samuel J. Rich, Messrs. Lichtenstein, Schwartz & Friedenberg, Mr. Albert J. Homan, Messrs. Isaacs & Gunther* and *Mr. William L. Bivona,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the Court of Chancery by Vice-Chancellor Egan.

*For affirmance*—CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ.   12.

*For reversal*—None.